IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ISHMERE GARRETT,**

    Plaintiff,

v.                                                                              Civil Action No. **3:16CV48**

**DEPUTY WOONER,**

    Defendant.

### MEMORANDUM OPINION

By Memorandum Order entered on February 10, 2016, the Court conditionally docketed Plaintiff's action. On February 22, 2016, the United States Postal Service returned the February 10, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                                      /s/
                                                                    John A. Gibney, Jr.
                                                                  United States District Judge

Date: 3/1/16
Richmond, Virginia